IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10107
Conference Calendar
_____


WILLIAM STEVE MCGREW,

                                        Plaintiff-Appellant,

versus

GEORGE W. BUSH; TEXAS
BOARD OF PARDONS AND
PAROLES; GARY L. JOHNSON,
Director, Texas Department
of Criminal Justice,
Institutional Division,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:97-CV-254
- - - - - - - - - - -
June 16, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     William Steve McGrew, Texas prisoner #374537, is BARRED from
proceeding in forma pauperis (IFP) under the Prison Litigation
Reform Act (PLRA) because, on at least three prior occasions
while incarcerated, McGrew has brought an action or appeal in a
United States Court that was dismissed as frivolous or for

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

failure to state a claim.  See McGrew v. Texas Bd. of Pardons and Paroles, 47 F.3d 158 (5th Cir. 1995)(affirming the district court's dismissal of § 1983 complaint for failure to state a claim); McGrew v. Rodriquez, No. 94-11042 (5th Cir. Jan. 26, 1995)(unpublished)(dismissal of appeal as frivolous); McGrew v. Bush, No. 97-10198 (5th Cir. Dec. 17, 1997) (unpublished) (dismissal of complaint in district court as frivolous and dismissal of appeal as frivolous).  See 28 U.S.C. § 1915(g); Adepegba v. Hammons, 103 F.3d 383, 388 (5th Cir. 1996).

Accordingly, McGrew's IFP status is DECERTIFIED, and he may not proceed IFP in any civil action or appeal filed while he is in prison unless he is under imminent danger of serious physical injury.  See § 1915(g).  The appeal is DISMISSED.

McGrew has 15 days from the date of this opinion to pay the full appellate filing fee of $105 to the clerk of the district court, should he wish to reinstate his appeal.

IFP DECERTIFIED; APPEAL DISMISSED.